Reversed by Supreme Court, February 22, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7881**

JAMEY LAMONT WILKINS,

              Plaintiff - Appellant,

       v.

OFFICER GADDY,

              Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:08-cv-00138-GCM)

Submitted: January 15, 2009          Decided: January 23, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamey Lamont Wilkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamey Lamont Wilkins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilkins v. Officer Gaddy, No. 3:08-cv-00138-GCM (W.D.N.C. Apr. 17, 2008; Aug. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED